

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2019

No. 04-19-00797-CV

**EWING CONSTRUCTION CO., INC.**,
Appellant

v.

**BENAVIDES INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-122
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2019.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court